Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiffs was sustained.

**No. 62212.**—Fabry Associates, Inc., et al. *v.* United States, protests 280383–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiffs was sustained.

**No. 62213.**—Fabry Associates, Inc. *v.* United States, protests 306008–K (A) and 301008–K (B) (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiff was sustained.

**No. 62214.**—Bonniers, Inc., and Fabry Associates, Inc. *v.* United States, protests 318089–K and 319685–K (A) (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claims of the plaintiffs were sustained at the rate of 20 or 19 percent, according to the date of entry or withdrawal from warehouse.

**No. 62215.**—Raymor Mfg. Division, Inc. *v.* United States, protests 330879–K and 58/4723 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiff was sustained.

**No. 62216.**—C. J. Tower & Sons *v.* United States, protests 209233–K, etc. (Buffalo).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C. D. 1923), the claim of the plaintiff was sustained.

**No. 62217.**—F. E. Macartney, Inc. *v.* United States, protests 301397–K and 301398–K (Duluth).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C. D. 1923), the claim of the plaintiff was sustained.

**No. 62218.**—Heinemann Electric Company *v.* United States, protests 215724–K and 245411–K (New York).

Opinion by MOLLISON, J. The protests were dismissed.

**No. 62219.**—Walborg Corporation and The Olson Importing Company, Inc. *v.* United States, protests 310426–K (C) and 317769–K (New York).

Opinion by MOLLISON, J. The protests were dismissed.

**No. 62220.**—Trans World Shipping Corp. *v.* United States, protests 317260–K and 317482–K (New York).

Opinion by MOLLISON, J. The protests were dismissed.

**No. 62221.**—Imperial International Corp. *v.* United States, protests 317670–K, etc. (New York).

Opinion by MOLLISON, J. The protests were dismissed.